IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **SANZHARBEK ASILOV,** | § | |
| Petitioner, | § | |
| | § | |
| v. | § | EP-25-CV-00757-DB |
| | § | |
| **KRISTI NOEM,** *Secretary, U.S.* | § | |
| *Department of Homeland Security, et al.,* | § | |
| Respondents. | § | |

### ORDER

On this day, the Court considered the above-captioned case. On December 29, 2025, Petitioner Sanzharbek Asilov filed an "Petition for Writ of Habeas Corpus and Complaint for Emergency Injunctive Relief," ECF No. 1. On January 6, 2026, the Court issued its "Order," ECF No. 5, wherein following orders issued:

> Accordingly, after careful consideration of the undisputed facts in this case as well as the legal conclusions made in Vieira and this Court's subsequent immigration habeas cases brought by petitioners subject to mandatory detention under the Government's new interpretation of 8 U.S.C. § 1225(b), IT IS HEREBY ORDERED Petitioner Sanzharbek Asilov's "Petition for Writ of Habeas Corpus and Complaint for Emergency Injunctive Relief," ECF No. 1 is GRANTED IN PART on procedural due process grounds. IT IS FURTHER ORDERED Respondents SHALL PROVIDE Petitioner with a bond hearing before an immigration judge at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention; or (2) release Petitioner from custody, under reasonable conditions of supervision, during the pendency of their removal proceedings no later than January 9, 2026. IT IS FURTHER ORDERED Respondents SHALL FILE an advisory informing the Court when the bond hearing will be held in accordance with the preceding order no later than January 8, 2026. IT IS FINALLY ORDERED Respondents SHALL FILE an advisory informing the Court, in detail, of the reasons for the IJ's bond hearing decision no later than January 13, 2026.

ECF No. 5 at 3–4. On January 13, 2026, Respondents filed "Federal Respondents' Status Report," ECF No. 7, stating that "[o]n January 9, 2026, the immigration judge granted Petitioner release upon the posting of a bond of $3,500.00. *See* Ex. A, Order of the Immigration Judge. As of January 13, 2026, Petitioner is currently still in custody." *Id.* at 1.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than January 19, 2026.**

**SIGNED** this **14th** day of **January 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE