# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **SANZHARBEK ASILOV,** | § | |
| Petitioner, | § | |
| | § | |
| v. | § | EP-25-CV-00757-DB |
| | § | |
| **KRISTI NOEM,** *Secretary, U.S.* | § | |
| *Department of Homeland Security, et al.,* | § | |
| **Respondents.** | § | |

## FINAL JUDGMENT

On this day, the Court considered the above-captioned case. On January 6, 2026, this Court issued an "Order," ECF No. 5, granting in part Petitioner Sanzharbek Asilov filed an "Petition for Writ of Habeas Corpus and Complaint for Emergency Injunctive Relief," ECF No. 1, filed on December 29, 2025. Therein, this Court asserted jurisdiction over the instant matter, and found Petitioner has established a violation of the Fifth Amendment's Due Process Clause as applied to him. Accordingly, the Court ordered Respondents to give Petitioner a bond hearing before an immigration judge at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention, or release Petitioner from custody under reasonable conditions of supervision during the pendency of his removal proceedings.

On January 19, 2026, Respondents filed a "Notice to the Court," ECF No. 9, advising the Court there are no more issues before the Court. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **20th** day of **January 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE